MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
mwray@markwraylaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SIERRA NATIONAL CORPORATION,
dba THE LOVE RANCH; and BARRETT
ENTERPRISES GROUP,

           Plaintiffs,

vs.

CASH PROCESSING SERVICES,
LLC, dba WORLD FAMOUS
MUSTANG RANCH,

           Defendant.
_____/

Case No. 3:17-cv-00419

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

    Plaintiffs Sierra National Corporation, dba The Love Ranch and Barrett Enterprises Group, by and through their attorney, Mark Wray, and Defendant Cash Processing Services, LLC dba World Famous Mustang Ranch, by and through its attorney, Gus Flangas of the Flangas Dalacas Law Group, hereby stipulate that this case be dismissed, with prejudice, with each party to bear its own fees and costs.

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: September 4, 2018 | LAW OFFICES OF MARK WRAY |
| 2 | | |
| 3 | | By: /s/ Mark Wray |
| 4 | | MARK WRAY |
| | | Attorney for Plaintiffs SIERRA NATIONAL |
| 5 | | CORPORATION, dba THE LOVE RANCH |
| 6 | | and BARRETT ENTERPRISES GROUP |

DATED: September 4, 2018    FLANGAS DALACAS LAW GROUP

By: /s/ Gus Flangas
GUS FLANGAS, #04989
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146
(702) 307-9500
Attorneys for Defendant CASH PROCESSING SERVICES, LLC, dba WORLD FAMOUS MUSTANG RANCH

**ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT/
MAGISTRATE JUDGE

DATED: September 5, 2018